Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA GILMER, <br><br> Plaintiff, <br><br> v. <br><br> CENTENE CORPORATION, et al., <br><br> Defendants. | No. 3:16-cv-05685-BHS <br><br><br> PLAINTIFF'S STATUS REPORT |

Plaintiff Linda Gilmer had anticipated filing a stipulated motion for voluntary dismissal obviating the need to file a joint status report.  The parties could not reach agreement on such stipulation so this week the Plaintiff will be filing a motion for voluntary dismissal.

Respectfully submitted,

MacDonald Hoague & Bayless


/s/ *Jesse Wing*
Jesse Wing       WSBA#27751
Plaintiff's counsel
jessew@mhb.com

PLAINTIFF'S STATUS REPORT - 1
NO. 3:16-cv-05685-BHS

10905.01 jk201401

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled PLAINTIFF'S STATUS REPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Counsel for Defendants</u>
Breanne Martell
Douglas Smith
Littler Mendelson PC
600 University St Ste 3200
Seattle, WA 98101-3122
bsmartell@littler.com
desmith@littler.com

Bradley Bakker
Jovita Foster
Armstrong Teasdale LLP
7700 Forsyth Blvd Ste 1800
St. Louis, MO 63105-1810
bbakker@armstrongteasdale.com
jfoster@armstrongteasdale.com


<u>Co-Counsel for Plaintiff</u>
Lewis Galloway
LG Law LLC
1600 Genessee St Ste 918
Kansas City, MO 64102
lewis@lglawllc.com

DATED this 15th day of February, 2017, at Seattle, Washington.

*/s/Jesse wing*
Jesse Wing, Plaintiff's Attorney

PLAINTIFF'S STATUS REPORT  - 2
NO. 3:16-cv-05685-BHS

10905.01 jk201401

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961